UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEY SALGADO,<br><br>                              Plaintiff,<br><br>v.<br><br>JON QUICK; RICHARD MONTES; and DOES 1 through 50, inclusive,<br><br>                             Defendants. | Case No.: 21cv600-MMA (NLS)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO EXCUSE DEFENDANT MONTES FROM APPEARING AT EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 10]** |

Before the Court is Defendants' *ex parte* motion to excuse the appearance of Defendant Richard Montes from the Early Neutral Evaluation Conference ("ENE"), set for July 14, 2021. ECF No. 10. Defendants state that Montes was not the acting warden during the timeframe at issue in the Complaint and it is the California Department of Corrections and Rehabilitation that has authority to settle the case. *Id.* at 1. Accordingly, Defendants request that his appearance be excused at the ENE. *Id.* Plaintiff does not object to the request. *Id.*

//
//
//
//

1

Good Cause appearing, the Court **GRANTS** the motion. Defendant Richard Montes is excused from personally appearing at the ENE.

**IT IS SO ORDERED.**

Dated: July 2, 2021

Hon. Nita L. Stormes
United States Magistrate Judge