**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANEY SALGADO,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>QUICK, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 21cv600-MMA-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT;**<br><br>[Doc. No. 19]<br><br>**FINDING MOOT PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>[Doc. No. 16] |

　　　Janey Salgado ("Plaintiff"), proceeding through counsel, brings this action pursuant to 42 U.S.C. § 1983, alleging various violations of her constitutional rights by officials at California Institute for Women's Cruz La Puerta Fire Camp in Warner Springs, California. *See* Doc. No. 1.  Plaintiff previously moved for leave to file an amended complaint. *See* Doc. No. 16.  The parties now stipulate to Plaintiff amending her claims and thus jointly move for the Court to grant her leave to do so. *See* Doc. No. 19.  Upon due consideration of the joint motion and pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court **GRANTS** the parties' joint motion.

Accordingly, the Court **DIRECTS** the Clerk of Court to file as a separate docket entry Plaintiff's amended complaint, submitted as Exhibit A to the joint motion, Doc. No. 19-1 at 2-39.[1]  The Court **FINDS MOOT** Plaintiff's previously filed motion.

**IT IS SO ORDERED**.

DATE: August 10, 2021

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] Citation refers to the pagination assigned by the CM/ECF system.