UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEY SALGADO,<br><br>                                        Plaintiff,<br><br>v.<br><br>JON QUICK; RICHARD MONTES; and DOES 1 through 50, inclusive,<br><br>                                        Defendants. | Case No.:  21cv600-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 23]** |

Before the Court is the parties' joint motion to continue the Case Management Conference ("CMC") and related dates. ECF No. 23.  Plaintiff recently amended the complaint in the case to add five Defendants (ECF No. 21), and explains that she seeks the extension in order to serve the new defendants and have them appear in the case. ECF No. 23 at 2.

Good Cause appearing, the Court **GRANTS** the motion.  The deadlines related to the CMC are modified as follows:

1. Counsel must appear **via videoconference** on **October 13, 2021** at **10:00 a.m.** before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).  By **October 6, 2021**, parties/counsel must email the Court at efile_stormes@casd.uscourts.gov to identify the name and title of everyone

who will be attending the conference, an e-mail address for each participant to receive the Zoom invitation, and a telephone number where each participant may be reached in the event of technical issues.

    2.      The Rule 26(f) conference must be completed by **September 29, 2021**.

    3.      The parties must lodge a Joint Discovery Plan with Judge Stormes by **October 6, 2021**.  The Joint Discovery Plan must address all points in the attached "Model Rule 26(f) Report and Joint Case Management Statement."

    4.      Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **October 6, 2021**.

**IT IS SO ORDERED.**

Dated:  August 12, 2021

                                                Hon. Nita L. Stormes
                                                United States Magistrate Judge